**No. 11-6449. Dewayne Kennedy Dubois, Petitioner v. John C. Marshall, Warden.**

565 U.S. 1064, 132 S. Ct. 765, 181 L. Ed. 2d 493, 2011 U.S. LEXIS 8624.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6450. Andrew Mark Lamar, Petitioner v. Tom Clements, Executive Director, Colorado Department of Corrections, et al.**

565 U.S. 1064, 132 S. Ct. 765, 181 L. Ed. 2d 493, 2011 U.S. LEXIS 8582.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 430 Fed. Appx. 718.

**No. 11-6451. Eliberto Vega Noriega, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1064, 132 S. Ct. 765, 181 L. Ed. 2d 493, 2011 U.S. LEXIS 8502.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6454. David Proctor, Petitioner v. New Jersey.**

565 U.S. 1064, 132 S. Ct. 766, 181 L. Ed. 2d 493, 2011 U.S. LEXIS 8659.

November 28, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 11-6459. L. Tucker, Petitioner v. Susan McCauley, et al.**

565 U.S. 1064, 132 S. Ct. 766, 181 L. Ed. 2d 493, 2011 U.S. LEXIS 8480.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6471. Donald Lee Jackson, Petitioner v. J. Helton, et al.**

565 U.S. 1064, 132 S. Ct. 767, 181 L. Ed. 2d 493, 2011 U.S. LEXIS 8637.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 440 Fed. Appx. 228.

**No. 11-6481. Paul Orsello, Petitioner v. Todd Rivard, Sheriff, Chisago County, Minnesota, et al.**

565 U.S. 1065, 132 S. Ct. 767, 181 L. Ed. 2d 493, 2011 U.S. LEXIS 8523.

November 28, 2011. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 11-6483. Stephen Windsor, Petitioner v. Howard Prince, Warden.**

565 U.S. 1065, 132 S. Ct. 767, 181 L. Ed. 2d 493, 2011 U.S. LEXIS 8588.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.